# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>805 Canal Street, Apartment 409, Chattanooga, Tennessee | )<br>)<br>) Case No. 1:16-mj-155<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Eastern___ District of ___Tennessee___
*(identify the person or describe the property to be searched and give its location)*:
805 Canal Street, Apartment 409, Chattanooga, Tennessee

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___June 22, 2016___
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
___Christopher H. Steger___.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for ___ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of ___.

Date and time issued: ___06/08/2016 0:00 am___     _____
                                                        *Judge's signature*

City and state: ___Chattanooga, Tennessee___    ___Christopher H. Steger, United States Magistrate Judge___
                                                   *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:16-MJ-150 | Date and time warrant executed: 06/08/2016 21:45 | Copy of warrant and inventory left with: AT THE RESIDENCE |
| Inventory made in the presence of: SA. D. Brown | | |

Inventory of the property taken and name of any person(s) seized:

$2,957.00 in U.S. Currency

1 Digital Scale Containing White Residue Powder.

1 Samsung Cell Phone

Misc. paperwork.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/8/2016

_____
Executing officer's signature

James Hixson
Printed name and title